# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| GREGORY LEWIS BRADLEY, JR.<br>　　Plaintiff, | Case No. 1:19-cv-275 |
| vs. | Black, J.<br>Bowman, M.J. |
| UNDERWRITERS AT BANKERS<br>INS. CO. UNDER POLICY<br>NO. 527083660, *et al*.,<br>　　Defendants. | **REPORT AND<br>RECOMMENDATION** |

Plaintiff, a prisoner at the Warren Correctional Institution, in Lebanon, Ohio, filed this *pro se* action against "Underwriters at Bankers Insurance Company under Policy No. 527083660," "Underwriters at Allegheny Casualty under Policy No. AS2250k-3433," and the Ohio Department of Rehabilitation and Correction.  On May 17, 2019, the undersigned issued a Report and Recommendation that plaintiff's complaint be dismissed without prejudice and his motions for default judgment be denied.  (Doc. 10).  Plaintiff has since filed a motion captioned "enforcing a judgment for a specific act."  (Doc. 15).  However, plaintiff's submission does not cure the deficiencies identified the May 17, 2019 Report and Recommendation.

For the reasons provided in the May 17, 2019 Report and Recommendation, this action should be dismissed and plaintiff motion (Doc. 15) should be denied.

　　**IT IS SO RECOMMENDED**.

　　　　　　　　　　　　　　　　　　　　　　*s/ Stephanie K. Bowman*
　　　　　　　　　　　　　　　　　　　　　　Stephanie K. Bowman
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GREGORY LEWIS BRADLEY, JR.<br>    Plaintiff, | Case No. 1:19-cv-275 |
| vs. | Black, J.<br>Bowman, M.J. |
| UNDERWRITERS AT BANKERS<br>INS. CO. UNDER POLICY<br>NO. 527083660, *et al.*,<br>    Defendants. | |

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).